PEOPLE v JACKSON

CRIMINAL LAW—PSYCHIATRIC EXAMINATION—CERTIFIED FACILITY.
A criminal defendant who is given a court-ordered psychiatric examination must be examined in a diagnostic facility certified by the Department of Mental Health.

Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 March 13, 1972, at Detroit. (Docket No. 11392.) Decided April 26, 1972.

Joe O. Jackson was convicted of rape. Defendant appeals. Reversed and remanded with instructions.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Richard S. McMillin,* Assistant Defender, for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and QUINN, JJ.

R. B. BURNS, P. J. Defendant was found guilty of carnal knowledge of a female over 16 years by force. MCLA 750.520; MSA 28.788.

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 48.

Defendant was charged with having raped the complainant on July 14, 1970. The preliminary examination was held on July 20, 1970, and defendant's attorney moved for a psychiatric examination on August 20, 1970, claiming that the defendant was unable to assist counsel in his preparation for trial.

The motion was granted and the trial court ordered that the defendant be examined by competent medical and psychiatric personnel. The defendant was examined by the Recorder's Court psychiatric clinic. He was *not* referred to a diagnostic facility certified by the Department of Mental Health.

In *People v Howard*, 37 Mich App 662, 663–664 (1972) the Court held:

"Whenever there is any question as to a defendant's competency to stand trial, and that question is raised upon defendant's motion, the court *'shall'* order the defendant committed to a diagnostic facility."

In the present case the trial judge failed to refer the defendant to a diagnostic clinic certified by the Department of Mental Health.

Reversed and remanded for commitment to a diagnostic clinic and for a new trial.

All concurred.